IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LORI MORRISON,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE,<br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON,<br><br>             Defendants. | **ORDER DISMISSING CASE**<br><br>Case No. 2:17-CV-00150<br><br>Judge Clark Waddoups |

On March 2, 2017, Plaintiff filed a Complaint in this matter, to which Defendants filed an Answer on June 12, 2017. Subsequently, the parties filed no dispositive motions and the matter was set for a status conference on February 20, 2018. On February 19, 2018, the parties filed a Joint Notice of Settlement asserting that the case had settled and settlement documents would be finalized and filed with the court. (ECF No. 27.) Without leave of court, the parties did not attend the status conference on February 20. Accordingly, the court ordered the parties to submit settlement/dismissal documents no later than March 6, 2018. The parties have not responded. Therefore, the court dismisses this action without prejudice and directs the Clerk of Court to close this case.

SO ORDERED this 9th day of April, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge